FILED

05/26/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 18-0201

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 18-0201

STATE OF MONTANA,

    Plaintiff and Appellee,

v.

STEPHEN THOMAS,

    Defendant and Appellant.

**GRANT**

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until July 6, 2020, to prepare, file, and serve the Appellant's reply brief.

No further extensions will be granted.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
May 26 2020